AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McAllen Division

UNITED STATES OF AMERICA
V.
RODRIGUEZ, Marina Anai
YOB: 1997
COC: United States
VALDEZ, Ruby Guadalupe
YOB: 1994
COC: United States

United States District Court
Southern District Of Texas
**FILED**
OCT 15 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-2501-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about **October 13, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did, knowing or in reckless disregard of the fact that aliens have come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law and conspired to bring alien to the United States disregarding any official action which may later be taken to such alien

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) & 1324(a)(1)(A)(v)**

I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

Marina Anai RODRIGUEZ a United States citizens along with Ruby Guadalupe VALDEZ attempted to bring illegally into the United States through the Donna Port of Entry Robernis MATOS-Reynosa, and Yassel BATISTA-Castillo both citizens and nationals of Cuba, by concealing them in the cargo area of the vehicle and thus avoiding inspection. A pre-primary routine inspection of the vehicle, revealed two adult males hiding under clothing and blankets. Both defendants, and both adult males later identified as Robernis MATOS-Reynosa and Yassel BATISTA-Castillo were secured and escorted into secondary for further inspection.

In secondary, RODRIGUEZ admitted she had knowledge that Robernis MATOS-Reynosa and Yassel BATISTA-Castillo had no legal documents to enter the United States.

Database queries revealed MATOS-Reynosa and BATISTA-Castillo are citizen and nationals of Cuba with no legal status to enter the United States.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Sworn to before me and subscribed in my presence,

Signature of Complainant

**Approved By:** *Sarina Dipiazaa*

**Lorenzo Botello**
Printed Name of Complainant

**October 15, 2019**
Date

at **Mcallen, Texas**
City and State

**Judge Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## CASE: M19-

Defendant and driver of the vehicle, Marina Anai RODRIGUREZ stated that she agreed to hide Robernis MATOS-Reynosa and Yassel BATISTA-Castillo inside the trunk of her vehicle. Defendant stated that she was driving the vehicle, her cousin Ruby Guadalupe VALDEZ was in the front passenger seat, Robernis MATOS-Reynosa and Yassel BATISTA-Castillo were sitting in the backseat of the vehicle. Defendant Marina Anai Rodriguez stated that before they arrived at the Donna Bridge, she stopped and Robernis MATOS-Reynosa and Yassel BATISTA-Castillo exited the vehicle and got in the trunk cargo area of her vehicle.

Defendant and passenger of the vehicle, Ruby Guadalupe VALDEZ stated that Robernis MATOS-Reynosa and Yassel BATISTA-Castillo were staying at her house in Rio Bravo, Tamaulipas, Mexico since Thursday. Defendant Ruby Guadalupe VALDEZ stated that on Sunday she fell asleep, and her cousin Marina Anai RODRIGUEZ woke her up and told her that she was going to pick her up so they could come to the United States. Defendant Ruby Guadalupe VALDEZ stated that she had no knowledge of Robernis MATOS-Reynosa and Yassel BATISTA-Castillo being in the trunk of the vehicle.

Material witness Robernis MATOS-Reynosa on a sworn statement stated that he, and Yassel BATISTA-Castillo talked about hiding in the trunk area of Marina Anai Rodriguez vehicle. Robernis MATOS-Reynosa stated that they all agreed to hide in the trunk of Marina Anai Rodriguez vehicle to cross into the United States illegally. Robernis MATOS-Reynosa stated that before they got to the Donna, Texas Port of Entry they exited the back seat and got into the trunk of the vehicle which was driven by Marina Anai Rodriguez. In a photo lineup, Robernis MATOS-Reynosa identified the driver as Marina Anai Rodriguez and passenger Ruby Guadalupe VALDEZ. Robernis MATOS-Reynosa stated that Marina Anai Rodriguez and Ruby Guadalupe VALDEZ had knowledge that they were in the trunk of the vehicle.

Material witness Yassel BATISTA-Castillo on a sworn statement stated that he and Robernis MATOS-Reynosa talk about hiding in the truck area of Marina Anai Rodriguez vehicle. Yassel BATISTA-Castillo stated that they agreed to hide in the trunk of Marina Ania Rodriguez vehicle to cross into the United States illegally. Yassel BATISTA-Castillo stated that Marina Ania Rodriguez opened the trunk for them so they could get in before they left the house in Rio Bravo, Mexico. Yassel BATISTA-Castillo in a photo lineup identified the driver of the vehicle as Marina Anai Rodriguez and passenger Ruby Guadalupe VALDEZ. Yassel BATISTA-Castillo stated that the Marina Anai Rodriguez and Ruby Guadalupe VALDEZ had knowledge that they were in the trunk of the vehicle.